# Court of Appeals
# of the State of Georgia

ATLANTA,  July 14, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2443. WILLIAM W. WALKER v. XIAOXI ZHANG.

William W. Walker and Xiaoxi Zhang are the parents of a minor child. Walker brought an action for modification of custody. On August 12, 2025, the trial court entered an order resolving the custody, support, and contempt issues, as well as attorney fees and guardian ad litem fees. On September 12, 2025, Walker filed a notice of appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Yanes v. Escobar*, 362 Ga. App. 896, 898 (870 SE2d 506) (2022). Here, Walker untimely filed his notice of appeal 31 days after entry of the trial court's order. Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/14/2026

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

               , *Clerk.*